NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

March 8, 2023

**ERRATA**

Appeal No. 2022-1139

**INTEL CORPORATION,**
*Appellant*

**v.**

**PACT XPP SCHWEIZ AG,**
*Appellee*

Decided:  February 24, 2023
Non-Precedential Opinion

Please make the following change:

On page 2, line 5: "Intel, Inc." is changed to "Intel Corp."